UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-3958
_____

UNITED STATES OF AMERICA

v.

CARLOS CEGLEDI,
                Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 1-08-cr-00218-001)
District Judge:  Honorable Sylvia H. Rambo
_____

Argued: April 28, 2015

Before:  FISHER, HARDIMAN and ROTH, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was argued by counsel on April 28, 2015. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered September 4, 2013, be and the same is hereby AFFIRMED. All of the above in accordance with the Opinion of this Court.

No costs shall be taxed.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: July 21, 2015