| | | |
|---|---|---|
| UNITED STATES | § | |
| v. | § | CASE# 1:08-CR-00218 |
| CARLOS CEGLEDI | § | |
| | § | |

**MOTION FOR CLARIFICATION OF RECORD**

FILED
HARRISBURG, PA
SEP 2 4 2015
MARIA E. ELKINS, CLERK
Per

Comes now Carlos Cegledi Pro-Se, and request this Honorable Court for Clarification of record as to the P.S.R. and drug quantities that were incorrectly attributed to Mr. Cegledi, the reasons are stated within.

    1) On the first week of September 2015, Mr. Cegledi be came aware throughout his biyearly Institution Unit Team Evaluation, that the drugs quantities reflecting in the Institution records were incorrect, and shows that Mr. Cegledi was charge with 23lbs. of purported methamphetamine an additional 10lbs. of purported methamphetamine that was delivered by Cegledi's co-defendants Mr. Barrios and Mr. Ferrer on February 2008, and 100lbs. of marijuana that was delivered by co-defendant Mr. Ferrer on December 2007, as it's stated in the P.S.R. page 3 paragraph 11,12 and page 7 paragraph 31,32.

    2) Apparently, the P.S.R. was transferred to the B.O.P. uncorrected and still reflecting the incorrect drug amounts on Mr. Cegledi record, because Mr. Cegledi was found guilty at trial for only 23lbs. of purported methamphetamine and not the quantities that were fed in to the P.S.R. by the U.S.P.O. Lory Baker.

    3) On July 20, 2010, at sentencing, the Court Judge Sylvia H. Rambo, granted Cegledis Attorney Mr. Bosch, the request that was filed with the Court in the sentencing Memorandum page 15,16,17,18, about those uncharged and unindicted drug quantities that were incorrectly attributed to Mr. Cegledi Additionally, the Court Judge, ruled and made the proper corrections as to the P.S.R. (Exhibit "A" Sentencing transcripts page 11,12)

For all of the above reasons, Mr. Cegledi respectfully request this Honorable Court to enter an Order to clarify and correct the P.S.R. record as to those discrepancies mentioned above, Additionally, Mr. Cegledi request the Court to mail 2 additional copies of the Court Order to the Allenwood Low Security Correctional Institution, P.O.BOX. 1500, White Deer, PA.17887, to the attention of records, and 1 copy to Mr. Cegledi at the same Institution.

Respectfully Submitted

Date:September 17,2015

_____
Carlos Cegledi
#16086-067
Allenwood Low Security
Correctional Institution
p.o.box.1000
White Deer,PA. 17887

## CERTIFICATE OF SERVICE

I certify that on this 17 day of September 2015, I placed the original Motion for Clarification of Record on the Institution mail box, and was sent out by first class mail to the United States District Court for the Middle District of Pennsylvania, 228 Walnut street, Harrisburg, PA.17101.

Respectfully Submitted

_____
Carlos Cegledi
#16086-067

Exhibit "A" 1

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

```
UNITED STATES OF AMERICA      :   CASE NO.
                              :
        v.                    :   1:08-CR-218-1
                              :
                              :
CARLOS CEGLEDI                :
```

TRANSCRIPT OF PROCEEDINGS
SENTENCING


BEFORE:   HON. SYLVIA H. RAMBO

DATE:     July 20, 2010
          3:05 p.m.

PLACE:    Courtroom No. 3, 8th Floor
          Federal Building
          Harrisburg, Pennsylvania

BY:       Wendy C. Yinger, RPR, CRR
          U.S. Official Court Reporter


APPEARANCES:

CHRISTY H. FAWCETT, ESQUIRE
  Assistant United States Attorney
      For the United States of America

GUILLERMO L. BOSCH, ESQUIRE
      For the Defendant

1  about Section 841.  I don't believe, and I could be wrong about
2  that, that there is an 846.
3           MS. FAWCETT:  No, what it is saying is that, if there
4  is fake drugs, it's not a delivery or a possession with intent
5  to distribute drugs, it's a criminal attempt or a criminal
6  conspiracy.  And that is 846.
7           THE COURT:  Okay.  In regard to that argument, the
8  Court adopts the Government's reasoning as set forth in its
9  brief at page 18.  It's not the Third Circuit, but there's at
10 least some citation that a sentence for drug conspiracy may be
11 based on fake drugs.  Your next argument?
12          MR. BOSCH:  Your Honor, that went as to the quantity
13 being assembled against Mr. Cegledi.  The specific objection
14 was that -- actually, it comes in two parts.  The first part is
15 that part of the drug calculation against Mr. Cegledi in the
16 PSR had to do with a quantity of marijuana which was testified
17 -- first of all, he was not, in fact, charged.  So all of this
18 is uncharged quantities; the alleged delivery of marijuana in
19 December of 2007 by Mr. Ferrer to Mr. Pagan, the alleged
20 delivery of purported methamphetamine by Mr. Ferrer and Mr.
21 Barrios to Mr. Pagan in January or in February.
22          The only connection as to those two, which again he
23 was not charged with at all in the superseding indictment,
24 second superseding indictment, the only testimony to that is
25 that Mr. Pagan said on the stand that he was told that the

1  source of that is the Argentinean.

2         And that again was brought in as 404(b) testimony to
3  show the propinquity. There is also an additional amount of
4  one pound of methamphetamine that is added to Mr. Pagan.

5         THE COURT: I'm going to cut that short right now.
6  That one pound, I've already discounted in a previous, and I
7  will do the same here even though the Government has an
8  objection to it.

9         MR. BOSCH: Your Honor, I was not aware that Your
10 Honor has already ruled on that. But that was part of my
11 argument. So what we are left with are the 23 pounds.

12        THE COURT: The uncharged quantity, I believe, the
13 Government has adequately set forth in their response to the
14 Defendant's objection. Do you want to place that on the record
15 again?

16        MS. FAWCETT: Your Honor, the 100 pounds of
17 marijuana, I think, is the quantity that's in dispute. Well,
18 the 100 pounds of marijuana and the additional 10 kilos of
19 methamphetamine are the two quantities that are in dispute at
20 this point. And the testimony during trial was that in
21 December of 2007, Ramon Ferrer delivered approximately a
22 hundred pounds of marijuana to Pagan in Allentown.

23        There was testimony that at this point, Ramon Ferrer
24 had cut off his ties with the Arizona-based drug organization,
25 that was the source of some prior drugs, and he was now working

INMATE NAME/NUMBER: **CARLOS CEGLEDI #16086-067**
FCC ALLENWOOD **LOW SECURITY CORRECTIONAL INSTITUTION**
P.O. BOX **1000**
WHITE DEER, PA 17887

RECEIVED
HARRISBURG, PA
SEP 24 2015
MARIA E. ELKINS, CLERK
Per _____

⇨ 16086-067 ⇦
United States
District Court- M. D. PA.
228 Walnut st.
Clerk of Court Office
Harrisburg, PA 17108
United States

7710 0826 9b 0000

7194 2694 4000 0150 9004

CERTIFIED MAIL