IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Crim. No. 1:08-cr-218 |
| | : | |
| v. | : | |
| | : | |
| **CARLOS CEGLEDI** | : | Judge Sylvia H. Rambo |

## O R D E R

  Before the court is a Motion for Clarification of Record (Doc. 455) in which Defendant Cegledi wishes to have this court clarify the amount of drugs that was determined to be attributed to him that determined in part his guideline sentence.

  The court determined that the drug amount (converted to marijuana) was 29,657 kilograms of marijuana, which placed him at a base offense level of 36. Cegledi received a 4 level increase for his role in the offense, which was the only enhancement. Although that would have given Cegledi a guideline range of 292-365 months imprisonment, this guideline was reduced by 20% from the bottom of that guideline to a term of 234 months.

  The Clerk of Court shall send two copies of this clarification to Cegledi at Allenwood Low Security Correctional Institution, P.O. Box 1000, White Deer, PA 17887.

                   s/Sylvia H. Rambo
                   United States District Judge

Dated: October 13, 2015.