IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : Crim. No. 1:08-cr-218
:
:
v. :
:
:
**CARLOS CEGLEDI** : Judge Sylvia H. Rambo

## M E M O R A N D U M

Before the court is Carlos Cegledi's motion for leave to amend a previous motion. (Docs. 472 & 473.) The motion seeks "leave to amend his motion under 18 U.S.C. § 3582(c)(2) and Amendment 782, for two additional levels of sentencing reduction in light of Amendment 794 to the Sentencing Guidelines." (Doc. 472.)[1]

A review of this court's docket reveals that the following motions were previously filed by Cegledi:

1) Motion for Clarification of the Record, filed September 24, 2015. (Doc. 455.) In that motion, Cegledi sought a clarification of the amount of drugs attributed to him. This clarification was made by order of October 13, 2015. (Doc. 456.)

2) Motion to Amend/Correct, filed April 22, 2016. (Doc. 459.) The essence of this motion was a request to the court to order an amendment to the Pre-Sentence Report and forward same to the Bureau of Prisons. The request for amendment pertained to the amount of drugs attributed to Cegledi. By order of January 10, 2017, the motion was addressed. (Doc. 466.)

---

[1] The court notes that the first request for relief under Amendment 782 appears in Document 473-1, an addendum to the brief in support of the motion to amend filed on August 3, 2017. While the document is dated June 12, 2015, it was not previously filed of record with the court and will not be considered as a previous request for relief under Amendment 782.

There have been no motions filed seeking relief pursuant to United States Sentencing Guidelines Amendments 782 or 794, and therefore leave to amend cannot be ordered.

The motions that have been filed, with the exception of a 28 U.S.C. § 2255 motion, pertained to the correction of drug amounts attributed to Cegledi in his Pre-Sentence Report and those motions have been addressed.

The instant motion will therefore be denied.

  s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: August 7, 2017