IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:08-cr-218** |
| **v.** | : | |
| **CARLOS CEGLEDI** | : | **Judge Sylvia H. Rambo** |

## **O R D E R**

**AND NOW**, this 7th day of August, 2017, **IT IS HEREBY ORDERED** as follows:

1) The motion for leave to amend (Doc. 472) is **DENIED**.

2) Any appeal taken from this order is deemed frivolous and not taken in good faith.

                                                          s/Sylvia H. Rambo
                                                          SYLVIA H. RAMBO
                                                          United States District Judge