IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**      :      **Crim. No. 1:08-CR-218-01**

**v.**      :

**CARLOS CEGLEDI**      :      **Judge Sylvia H. Rambo**

## O R D E R

AND NOW, this 6th day of February, 2019, **IT IS HEREBY ORDERED** as follows:

1) Carlos Cegledi's motion for reduction of sentence (Doc. 487) is **DENIED**; and

2) A certificate of appealability is **GRANTED**.

                           s/Sylvia Rambo
                           SYLVIA H. RAMBO
                           United States District Judge