IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:08-cr-218 |
| | : | |
| v. | : | |
| | : | |
| **CARLOS CEGLEDI** | : | Judge Sylvia H. Rambo |

## O R D E R

And now, this 25th day of April, 2024, and in accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Carlos Cegledi's motion for relief from final order under Federal Rule of Civil Procedure 60(b) (Doc. 534) is construed as a successive petition under 28 U.S.C. § 2255, filed without certification from the Third Circuit Court of Appeals, and **DENIED** without prejudice to Cegledi's right to re-file after first receiving authorization from the Third Circuit for a successive motion in accordance with 28 U.S.C. §2255(h).

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge